# EXHIBIT D

ALERT: SEVERE WEATHER IN THE MIDWEST THROUGH THE NORTHEAST U.S. AND THE SOUTHEAST THROUGH THE OHIO...

# USPS Tracking®

*identy*

FAQs >

Remove ✕

**Tracking Number:**

## 9405511898765458758904

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 10:09 am on February 7, 2025 in DETROIT, MI 48244.

### Get More Out of USPS Tracking:

**USPS Tracking Plus®**

### Delivered

**Delivered, Individual Picked Up at Postal Facility**
DETROIT, MI 48244
February 7, 2025, 10:09 am

### Available for Pickup

DETROIT
1401 W FORT ST RM 1006
DETROIT MI 48233-9998
M-F 0900-2200; SAT 0930-2000; SUN 1200-1900
February 3, 2025, 1:10 pm

### Arrived at Post Office

DETROIT, MI 48233
February 3, 2025, 10:46 am

### Arrived at USPS Regional Destination Facility

DETROIT MI DISTRIBUTION CENTER
February 3, 2025, 12:58 am

### In Transit to Next Facility

February 2, 2025

### Arrived at USPS Regional Origin Facility

PROVIDENCE RI DISTRIBUTION CENTER
January 31, 2025, 10:43 pm

### USPS in possession of item

CRANSTON, RI 02920
January 31, 2025, 5:52 pm

### Shipping Label Created, USPS Awaiting Item

CRANSTON, RI 02920

January 30, 2025, 2:44 pm

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? **(https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |

| USPS Tracking Plus® | ⌄ |

| Product Information | ⌄ |

See Less ∧

**Track Another Package**

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

[ FAQs ]