Issuers   Investors   **Disclosure**   Research & Insights   Newsroom   About Us

# Disclosure

Disclosure Resources   Disclosure Data   **Disclosure Search Tools**   Reports

Disclosure Data Search    Multifamily Search    Tax & Factor Data Search    Disclosure Plus




## Disclosure Search Tools

Ginnie Mae provides direct access to a wide range of disclosure information on MBS, HMBS and Platinum pools as well as REMIC information all from one place. Learn more about our search tools below.

### Disclosure Data Search

The Ginnie Mae Disclosure Data Search tool allows users to search for a specific MBS (Single Family, Multifamily, Multi-class), HMBS, REMIC or Platinum security by CUSIP number or pool number. Users also have the ability to obtain lists of collateral pools for a REMIC or Platinum Pool. This advanced search can also be used to search across all Multiclass Securities (REMIC or Platinum or Both) for a given pool (Pool ID or CUSIP).

[Go to Search]

### Tax & Factor Data Search

Search Tax, Pool, RPB and Factor Data using a list of Pool numbers and/or CUSIPs. View by current factor and 12 month history or by a tax year.

[Go to Search]

### Multifamily Data Search

This database contains information about Ginnie Mae's Multifamily mortgage-backed securities at the security and loan level.

### Disclosure Plus

Disclosure Plus allows users to filter through the Pool Security level disclosure data for the current reporting period. Users have the option to create their own custom query of the pool level data and have the ability to download the resulting dataset.

[Go to Search]  [Go to Search]

If you have any questions or issues, please send an e-mail to **InvestorInquiries@HUD.gov**.

## Stay connected on what's happening in the government housing finance sector

Enter your email     Subscribe

Already a subscriber? Login to update your preferences here .

Contact Us     FAQ     Glossary     Site Policies

This site is best viewed using Microsoft Edge.

Your browser must allow pop-ups from www.allregs.com to access AllRegs.

Copyright @ 2025 Ginnie Mae. All Rights Reserved.