UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AMERRISQUE TABLADA

VS                                                      1:25-CV-00284

ROCKET MORTGAGE, LLV
SEVEN DEUCE, LLC
GINNIE MAE II

### AFFIDAVIT OF JAMES R. ROCH

I, James R. Roch, being duly sworn, state the following:

1. I am a certified real estate appraiser, licensed by the State of Rhode Island, license number CRA.0A00346.

2. My office is located at Roch Appraisal Company at 438 Washington St, Coventry, RI 02816.

3. On July 1, 2025, I conducted an appraisal of 63 W Shannock Road, Richmond, Rhode Island.

4. I evaluated this property for its current value on July 1, 2025.

5. A copy of this appraisal is attached to this affidavit.

6. I valued this property located at 63 W Shannock Road, Richmond, Rhode Island as of July 1, 2025 at $420,000.00.

7. This value was made based upon my observations at the property and a review of the market and comparable properties as of July 1, 2025

_____
JAMES R. ROCH

Subscribed and sworn to before me this _____ day of July, 2025 2025.

_____
NOTARY PUBLIC

My commission expires
6-28-29

[Notary Seal: JOHN B. ENNIS, NOTARY PUBLIC, STATE OF RHODE ISLAND]