UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AMERRISQUE TABLADA

      VS                                      1:25-CV-00284

ROCKET MORTGAGE
SEVEN DEUCE, LLC
GINNIE MAE II

## MOTION TO FILE AMENDED COMPLAINT

Plaintiff, by his attorney, moves this Court for leave to file an Amended Complaint in the form attached.

July 24, 2025                                    AMERRISQUE TABLADA

By his Attorney
/s/ John B. Ennis
JOHN B. ENNIS, ESQ. #2135
1200 Reservoir Avenue
Cranston, RI 02920
(401) 943-9230
Jbelaw75@gmail.com

## CERTIFICATE OF SERVICE

I certify that a copy of this Motion was served electronically on July 24, 2025 on all attorneys of record.

/s/ John B. Ennis