# EXHIBIT F

# ROCKET Mortgage

**Billing Statement**

1050 Woodward Avenue | Detroit, MI 48226

1-810-48264-0049274-001-000-000-000-000

AMERRISQUE M TABLADA
63 W SHANNOCK RD
RICHMOND RI 02875-1009

## Loan Information

**Loan Number:** 3436069258
**Property Address:** 63 W Shannock Rd
　　　　　　　　　　Richmond, RI 02875
**Statement Date:** 05/16/2024
**Amount Due:** $8,087.78
**Due Date:** 06/01/2024

If payment is received after 11:30 p.m. ET 06/17/2024, a $50.03 late fee will be charged.

## Important Messages

**Never think about your payment again.** With autopay, you set it up once and forget it! Choose a day to have your payment withdrawn, and we'll do the rest. Sign in to your account at RocketMortgage.com to get started!

**Contact information for insurance questions:** If you have questions about your escrowed insurance policy, please call us at (855) 282-8722 or fax us at (855) 703-9194.

### Loan Information (04/17/2024 – 05/16/2024)

| | |
|---|---|
| Original Loan Amount: | $278,891.00 |
| Interest Rate: | 3.490% |
| Principal Balance:* | $255,021.72 |
| Escrow Balance:** | –$406.43 |
| HUD Promissory Note:† | $54,743.90 |

### Payment History (04/17/2024 – 05/16/2024)

**Last Paid**

| | |
|---|---|
| Principal: | $0.00 |
| Interest: | $0.00 |
| Escrow (Tax & Insurance): | $0.00 |
| Advances On Your Behalf: | $0.00 |
| Fees: | $0.00 |
| Partial Payment (Unapplied): | $0.00 |
| **Total Paid:** | **$0.00** |

**Paid Year To Date**

| | |
|---|---|
| Principal: | $507.63 |
| Interest: | $743.16 |
| Escrow: | $831.72 |
| Advances On Your Behalf: | $25.00 |
| Fees: | $0.00 |
| Partial Payment (Unapplied): | $617.49 |
| **Total Paid Year To Date:** | **$2,725.00** |

**Escrow Disbursements On Your Behalf:**

| | |
|---|---|
| Taxes Paid: | $2,712.88 |
| Insurance Paid: | $0.00 |
| Mortgage Insurance (PMI/MIP) Paid: | $882.25 |
| **Total Escrow Disbursements:** | **$3,595.13** |

### Next Payment Breakdown

| | |
|---|---|
| Principal: | $513.56 |
| Interest: | $737.23 |
| Escrow | |
| Taxes: | $452.15 |
| Insurance: | $170.17 |
| Mortgage Insurance (PMI/MIP): | $176.45 |
| Shortage: | $4.67 |
| **Monthly Payment:** | **$2,054.23** |
| Advances On Your Behalf: | $288.23 |
| Fees | |
| Late Fees: | $200.12 |
| Other Fees: | $0.00 |
| Partial Payment (Unapplied):‡ | $617.49 |
| Past Due Amount: | $6,162.69 |
| **Subtotal** | **$6,033.55** |

| **Amount Due:** | **$8,087.78** |
|---|---|

### Quick And Easy Payment Options

🖥 Online at RocketMortgage.com

📱 On the go with Rocket Mortgage® mobile app

🕐 Pay by phone system with 24/7 access by calling (800) 646-2133

✍ Send check payable to Rocket Mortgage, LLC, P.O. Box 6577, Carol Stream, IL 60197-6577

---

**Phone:** (800) 508-0944
**Email:** ServicingHelp@RocketMortgage.com
**Secure Fax:** (877) 380-5084

**Hours:** Monday - Friday: 8:30 a.m. - 9:00 p.m. ET
Saturday: 9:00 a.m. - 4:00 p.m. ET

Page 1
CP153

- - - - - - DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT - - - - - -

AMERRISQUE M TABLADA
63 W SHANNOCK RD
RICHMOND RI 02875-1009

# ROCKET Mortgage

☐ Check box for address changes on reverse side.
**Set up Autopay online at RocketMortgage.com**

## Loan Information

| | |
|---|---|
| Loan Number: | 3436069258 |
| Due Date: | 06/01/2024 |
| Amount Due: | 8 0 8 7 7 8 |
| Additional Principal: | |
| Additional Escrow: | |
| Total Amount Enclosed: | |

Rocket Mortgage, LLC
P.O. Box 6577
Carol Stream, IL 60197-6577

CP153

0000000001000065770000000000343606925850000210426000002054230

# ROCKET Mortgage

**Billing Statement**

1050 Woodward Avenue | Detroit, MI 48226

## Additional Messages

## Loan Activity From 04/17/2024 To 05/16/2024§

| Date | Description | Charges | Escrow | Unapplied | Payments |
|------|-------------|---------|--------|-----------|----------|
| 04/24/24 | Property Inspection Costs | $30.00 | | | |
| 05/03/24 | Mortgage Insurance Paid | | -$176.45 | | |
| 05/14/24 | Taxes Paid | | -$1,356.44 | | |
| 05/16/24 | Late Fee Assessed | $50.03 | | | |

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

In addition to the fees described, there may be fees for certain services requested by you and related to the servicing of your loan. To view a list of services and the associated fees, please go to your RocketMortgage.com account under the Documents tab. All fees are subject to change without prior notice.

You can access a list of the approved HUD homeownership counselors and counseling organizations at www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling (800) 569-4287.

*This is not your payoff amount. Please contact us at (800) 508-0944 to request a payoff.
**A negative balance is the result of a payment Rocket Mortgage has made on your behalf to cover any outstanding charges or fees.
†This is a non-interest bearing balance owed to the Secretary of Housing and Urban Development (HUD). This is the original balance of the note and may not reflect the most recent balance.
‡Partial Payments: Partial payments are not applied to your full monthly amount until the total amount is received.
§Additional loan activity can be found in the Transactional History tab at RocketMortgage.com.
If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney.
If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244-2359, Fax: (877) 382-3138.

| | | |
|---|---|---|
| **Phone:** (800) 508-0944 | **Hours:** Monday - Friday: 8:30 a.m. - 9:00 p.m. ET | Page 2 |
| **Email:** ServicingHelp@RocketMortgage.com | Saturday: 9:00 a.m. - 4:00 p.m. ET | CP153 |
| **Secure Fax:** (877) 380-5084 | | |

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ✂

### NEW CONTACT INFORMATION

Name: _____

Preferred Phone Number:  ☐ Cell   ☐ Home   ☐ Work _____

Street Address: _____

City: _____  State: _____  ZIP: _____

Email 1: _____  Email 2: _____

Signature: _____

A signature is required to make address changes.

CP153

# ROCKET Mortgage

**Supplemental Delinquency Notice**

1050 Woodward Avenue | Detroit, MI 48226

1-810-48264-0049274-001-000-000-000-000

AMERRISQUE M TABLADA
63 W SHANNOCK RD
RICHMOND RI 02875-1009

## Loan Information

**Loan Number:** 3436069258

**Property Address:** 63 W Shannock Rd
Richmond, RI 02875

**Notice Date:** 05/16/2024

Hi, Amerrisque M Tablada.

Your payment is past due!

As of your statement date, 05/16/2024, you are 76 days late on your mortgage payments.

To bring the loan current, the amount of $8,087.78 must be paid.

If you do not pay this amount, you may incur additional costs and face foreclosure.

If you are experiencing financial difficulty and need help, you can receive free housing counseling services through the U.S. Department of Housing and Urban Development (HUD). HUD-approved housing counselors are there to help homeowners, like you, who are having trouble making their mortgage payments. To find a list of counselors and counseling organizations in your area, visit HUD.gov or call (800) 569-4287.

### Your Recent Account History

| Payment Due Date | Payment Status | Date Payment Was Made | Amount Due |
|---|---|---|---|
| January 1, 2024 | Paid | December 21, 2023 | $0.00 |
| February 1, 2024 | Paid | March 1, 2024 | $0.00 |
| March 1, 2024 | Not Paid | | $2,054.23 |
| April 1, 2024 | Not Paid | | $2,054.23 |
| May 1, 2024 | Not Paid | | $2,054.23 |
| June 1, 2024 | Currently Due | | $2,054.23 |
| | | Total Amount Due | $8,087.78 |

If you have further questions, please do not hesitate to contact us at (800) 508-0944, Monday – Friday, 8:30 a.m. – 9:00 p.m. ET, and Saturday, 9:00 a.m. – 4:00 p.m. ET.

Sincerely,
Your Rocket Mortgage® Team

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney. If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244-2359, or fax it to (877) 382-3138.

**Phone:** (800) 508-0944
**Email:** ServicingHelp@RocketMortgage.com
**Secure Fax:** (877) 380-5084

**Hours:** **Monday - Friday:** 8:30 a.m. - 9:00 p.m. ET
**Saturday:** 9:00 a.m. - 4:00 p.m. ET

Page 3
CP153

# ROCKET Mortgage

1050 Woodward Avenue | Detroit, MI 48226

**Billing Statement**

4-810-49887-0048181-001-000-000-000-001

AMERRISQUE M TABLADA
63 W SHANNOCK RD
RICHMOND RI 02875-1009

## Loan Information

| | |
|---|---|
| **Loan Number:** | **3436069258** |
| **Property Address:** | **63 W Shannock Rd** |
| | **Richmond, RI 02875** |
| **Statement Date:** | **06/15/2024** |
| **Amount Due:** | **$6,197.01** |
| **Due Date:** | **07/01/2024** |

**If payment is received after 11:30 p.m. ET 07/16/2024, a $50.03 late fee will be charged.**

## Important Messages

**Never think about your payment again.** With autopay, you set it up once and forget it! Choose a day to have your payment withdrawn, and we'll do the rest. Sign in to your account at RocketMortgage.com to get started!

**Contact information for insurance questions:** If you have questions about your escrowed insurance policy, please call us at (855) 282-8722 or fax us at (855) 703-9194.

### Loan Information (05/17/2024 – 06/15/2024)

| | |
|---|---|
| Original Loan Amount: | $278,891.00 |
| Interest Rate: | 3.490% |
| Principal Balance:* | $254,002.04 |
| Escrow Balance: | $1,024.00 |
| HUD Promissory Note:† | $54,743.90 |

### Payment History (05/17/2024 – 06/15/2024)

**Last Paid**

| | |
|---|---|
| Principal: | $1,019.68 |
| Interest: | $1,481.90 |
| Escrow (Tax & Insurance): | $1,606.88 |
| Advances On Your Behalf: | $200.45 |
| Fees: | $0.00 |
| Partial Payment (Unapplied): | $308.58 |
| **Total Paid:** | **$4,617.49** |

**Paid Year To Date**

| | |
|---|---|
| Principal: | $1,527.31 |
| Interest: | $2,225.06 |
| Escrow: | $2,438.60 |
| Advances On Your Behalf: | $225.45 |
| Fees: | $0.00 |
| Partial Payment (Unapplied): | $308.58 |
| **Total Paid Year To Date:** | **$6,725.00** |

| | |
|---|---|
| Escrow Disbursements On Your Behalf: | |
| Taxes Paid: | $2,712.88 |
| Insurance Paid: | $0.00 |
| Mortgage Insurance (PMI/MIP) Paid: | $1,058.70 |
| **Total Escrow Disbursements:** | **$3,771.58** |

### Next Payment Breakdown

| | |
|---|---|
| Principal: | $515.05 |
| Interest: | $735.74 |
| Escrow | |
| Taxes: | $452.15 |
| Insurance: | $170.17 |
| Mortgage Insurance (PMI/MIP): | $176.45 |
| Shortage: | $4.67 |
| **Monthly Payment:** | **$2,054.23** |
| Advances On Your Behalf: | $117.78 |
| Fees | |
| Late Fees: | $200.12 |
| Other Fees: | $25.00 |
| Partial Payment (Unapplied):‡ | $308.58 |
| Past Due Amount: | $4,108.46 |
| **Subtotal** | **$4,142.78** |

### Amount Due: $6,197.01

### Quick And Easy Payment Options

☐ Online at RocketMortgage.com

☐ On the go with Rocket Mortgage® mobile app

☐ Pay by phone system with 24/7 access by calling (800) 646-2133

☐ Send check payable to Rocket Mortgage, LLC, P.O. Box 6577, Carol Stream, IL 60197-6577

---

**Phone:** (800) 508-0944
**Email:** ServicingHelp@RocketMortgage.com
**Secure Fax:** (877) 380-5084

**Hours:** Monday - Friday: 8:30 a.m. - 9:00 p.m. ET
Saturday: 9:00 a.m. - 4:00 p.m. ET

Page 1
CP153

DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

AMERRISQUE M TABLADA
63 W SHANNOCK RD
RICHMOND RI 02875-1009

# ROCKET Mortgage

☐ Check box for address changes on reverse side.
**Set up Autopay online at RocketMortgage.com**

## Loan Information

| | |
|---|---|
| Loan Number: | 3436069258 |
| Due Date: | 07/01/2024 |
| Amount Due: | 6 1 9 7 0 1 |
| Additional Principal: | |
| Additional Escrow: | |
| Total Amount Enclosed: | |

Rocket Mortgage, LLC
P.O. Box 6577
Carol Stream, IL 60197-6577

CP153

0000000001000065770000000000343606925850000210426000020542 30

# ROCKET Mortgage

**Billing Statement**

1050 Woodward Avenue | Detroit, MI 48226

## Additional Messages

## Loan Activity From 05/17/2024 To 06/15/2024§

| Date | Description | Charges | Escrow | Unapplied | Payments |
|------|-------------|---------|--------|-----------|----------|
| 05/24/24 | Property Inspection Costs | $30.00 | | | |
| 05/24/24 | Partial Payment Received | | | $4,000.00 | |
| 05/24/24 | Partial Payment Adjustment | | | -$4,108.46 | |
| 05/24/24 | Payment Received | | | | $2,054.23 |
| 05/24/24 | Payment Received | | | | $2,054.23 |
| 06/01/24 | Partial Payment Received | | | $4,000.00 | |
| 06/01/24 | Partial Payment Adjustment | | | -$4,509.03 | |
| 06/01/24 | Payment Received | | | | $2,254.35 |

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

In addition to the fees described, there may be fees for certain services requested by you and related to the servicing of your loan. To view a list of services and the associated fees, please go to your RocketMortgage.com account under the Documents tab. All fees are subject to change without prior notice.

You can access a list of the approved HUD homeownership counselors and counseling organizations at www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling (800) 569-4287.

*This is not your payoff amount. Please contact us at (800) 508-0944 to request a payoff.
†This is a non-interest bearing balance owed to the Secretary of Housing and Urban Development (HUD). This is the original balance of the note and may not reflect the most recent balance.
‡Partial Payments. Partial payments are not applied to your full monthly amount until the total amount is received.
§Additional loan activity can be found in the Transactional History tab at RocketMortgage.com.

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney.

If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244-2359, Fax: (877) 382-3138.

| | |
|---|---|
| **Phone:** (800) 508-0944 | **Hours:** Monday - Friday: 8:30 a.m. - 9:00 p.m. ET |
| **Email:** ServicingHelp@RocketMortgage.com | Saturday: 9:00 a.m. - 4:00 p.m. ET |
| **Secure Fax:** (877) 380-5084 | |

Page 2
CP153

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ✂

### NEW CONTACT INFORMATION

Name: _____

Preferred Phone Number:  ☐ Cell   ☐ Home   ☐ Work _____

Street Address: _____

City: _____ State: _____ ZIP: _____

Email 1: _____ Email 2: _____

Signature: _____
A signature is required to make address changes.

CP153

# ROCKET Mortgage

1050 Woodward Avenue | Detroit, MI 48226

**Billing Statement**

4-810-49887-0048181-001-000-000-000-000

AMERRISQUE M TABLADA
63 W SHANNOCK RD
RICHMOND RI 02875-1009

## Loan Information

**Loan Number: 3436069258**
**Property Address: 63 W Shannock Rd**
**Richmond, RI 02875**
**Statement Date: 06/15/2024**

## Loan Activity From 05/17/2024 To 06/15/2024 (Continued)

| Date | Description | Charges | Escrow | Unapplied | Payments |
|------|-------------|---------|--------|-----------|----------|
| 06/01/24 | Payment Received | | | | $2,054.23 |
| 06/01/24 | Partial Payment Received | | | $200.45 | |
| 06/03/24 | Misapplication Reversal | | | | -$2,054.23 |
| 06/03/24 | Misapplication Reversal | | | $2,054.23 | |
| 06/03/24 | Misapplication Reversal | | | | -$2,254.35 |
| 06/03/24 | Misapplication Reversal | | | $2,254.35 | |
| 06/03/24 | Returned Item Reversal | | | -$4,000.00 | |
| 06/03/24 | Partial Payment Adjustment | | | -$60.00 | |
| 06/03/24 | Payment Applied | | | | $60.00 |
| 06/03/24 | Partial Payment Adjustment | | | -$58.23 | |
| 06/03/24 | Payment Applied | | | | $58.23 |
| 06/03/24 | Partial Payment Adjustment | | | -$82.22 | |
| 06/03/24 | Payment Applied | | | | $82.22 |
| 06/03/24 | NSF Fee Assessed | $25.00 | | | |
| 06/05/24 | Mortgage Insurance Paid | | -$176.45 | | |

**Phone:** (800) 508-0944
**Email:** ServicingHelp@RocketMortgage.com
**Secure Fax:** (877) 380-5084

**Hours:** **Monday - Friday:** 8:30 a.m. - 9:00 p.m. ET
**Saturday:** 9:00 a.m. - 4:00 p.m. ET

Page 3
CP153

# ROCKET Mortgage

1050 Woodward Avenue | Detroit, MI 48226

## Supplemental Delinquency Notice

4-810-49887-0048181-001-000-000-000-000

AMERRISQUE M TABLADA
63 W SHANNOCK RD
RICHMOND RI 02875-1009

## Loan Information

**Loan Number:** **3436069258**
**Property Address:** **63 W Shannock Rd**
**Richmond, RI 02875**
**Notice Date:** **06/15/2024**

Hi, Amerrisque M Tablada.

Your payment is past due!

As of your statement date, 06/15/2024, you are 45 days late on your mortgage payments.

To bring the loan current, the amount of $6,197.01 must be paid.

If you do not pay this amount, you may incur additional costs and face foreclosure.

If you are experiencing financial difficulty and need help, you can receive free housing counseling services through the U.S. Department of Housing and Urban Development (HUD). HUD-approved housing counselors are there to help homeowners, like you, who are having trouble making their mortgage payments. To find a list of counselors and counseling organizations in your area, visit HUD.gov or call (800) 569-4287.

### Your Recent Account History

| Payment Due Date | Payment Status | Date Payment Was Made | Amount Due |
|---|---|---|---|
| February 1, 2024 | Paid | March 1, 2024 | $0.00 |
| March 1, 2024 | Paid | May 24, 2024 | $0.00 |
| April 1, 2024 | Paid | May 24, 2024 | $0.00 |
| May 1, 2024 | Not Paid | | $2,054.23 |
| June 1, 2024 | Not Paid | | $2,054.23 |
| July 1, 2024 | Currently Due | | $2,054.23 |
| | | Total Amount Due | $6,197.01 |

If you have further questions, please do not hesitate to contact us at (800) 508-0944,
Monday – Friday, 8:30 a.m. – 9:00 p.m. ET, and Saturday, 9:00 a.m. – 4:00 p.m. ET.

Sincerely,
Your Rocket Mortgage® Team

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney. If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244-2359, or fax it to (877) 382-3138.

**Phone:** (800) 508-0944
**Email:** ServicingHelp@RocketMortgage.com
**Secure Fax:** (877) 380-5084

**Hours: Monday - Friday:** 8:30 a.m. - 9:00 p.m. ET
**Saturday:** 9:00 a.m. - 4:00 p.m. ET

# ROCKET Mortgage

1050 Woodward Avenue | Detroit, MI 48226

**Billing Statement**

1-810-51477-0047031-001-000-000-000-000

AMERRISQUE M TABLADA
63 W SHANNOCK RD
RICHMOND RI 02875-1009

## Loan Information

| | |
|---|---|
| **Loan Number:** | **3436069258** |
| **Property Address:** | **63 W Shannock Rd** |
| | **Richmond, RI 02875** |
| **Statement Date:** | **07/16/2024** |
| **Amount Due:** | **$8,381.30** |
| **Due Date:** | **08/01/2024** |

**If payment is received after 11:30 p.m. ET 08/16/2024, a $50.03 late fee will be charged.**

## Important Messages

**Never think about your payment again.** With autopay, you set it up once and forget it! Choose a day to have your payment withdrawn, and we'll do the rest. Sign in to your account at RocketMortgage.com to get started!
**Contact information for insurance questions:** if you have questions about your escrowed insurance policy, please call us at (855) 282-8722 or fax us at (855) 703-9194.

## Loan Information (06/16/2024 – 07/16/2024)

| | |
|---|---|
| Original Loan Amount: | $278,891.00 |
| Interest Rate: | 3.490% |
| Principal Balance:* | $254,002.04 |
| Escrow Balance: | $847.55 |
| HUD Promissory Note:† | $54,743.90 |

## Payment History (06/16/2024 – 07/16/2024)

**Last Paid**

| | |
|---|---|
| Principal: | $0.00 |
| Interest: | $0.00 |
| Escrow (Tax & Insurance): | $0.00 |
| Advances On Your Behalf: | $0.00 |
| Fees: | $0.00 |
| Partial Payment (Unapplied): | $0.00 |
| **Total Paid:** | **$0.00** |

**Paid Year To Date**

| | |
|---|---|
| Principal: | $1,527.31 |
| Interest: | $2,225.06 |
| Escrow: | $2,438.60 |
| Advances On Your Behalf: | $225.45 |
| Fees: | $0.00 |
| Partial Payment (Unapplied): | $308.58 |
| **Total Paid Year To Date:** | **$6,725.00** |

Escrow Disbursements On Your Behalf:

| | |
|---|---|
| Taxes Paid: | $2,712.88 |
| Insurance Paid: | $0.00 |
| Mortgage Insurance (PMI/MIP) Paid: | $1,235.15 |
| **Total Escrow Disbursements:** | **$3,948.03** |

## Next Payment Breakdown

| | |
|---|---|
| Principal: | $516.55 |
| Interest: | $734.24 |
| Escrow | |
| Taxes: | $452.15 |
| Insurance: | $170.17 |
| Mortgage Insurance (PMI/MIP): | $176.45 |
| Shortage: | $4.67 |
| **Monthly Payment:** | **$2,054.23** |
| Advances On Your Behalf: | $147.78 |
| Fees | |
| Late Fees: | $300.18 |
| Other Fees: | $25.00 |
| Partial Payment (Unapplied):† | $308.58 |
| Past Due Amount: | $6,162.69 |
| **Subtotal** | **$6,327.07** |

| **Amount Due:** | **$8,381.30** |
|---|---|

## Quick And Easy Payment Options

Online at RocketMortgage.com

On the go with Rocket Mortgage® mobile app

Pay by phone system with 24/7 access by calling (800) 646-2133

Send check payable to Rocket Mortgage, LLC, P.O. Box 6577, Carol Stream, IL 60197-6577

**Phone:** (800) 508-0944
**Email:** ServicingHelp@RocketMortgage.com
**Secure Fax:** (877) 380-5084

**Hours:** Monday - Friday: 8:30 a.m. - 9:00 p.m. ET
Saturday: 9:00 a.m. - 4:00 p.m. ET

Page 1
CP153

DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

AMERRISQUE M TABLADA
63 W SHANNOCK RD
RICHMOND RI 02875-1009

# ROCKET Mortgage

☐ Check box for address changes on reverse side.
**Set up Autopay online at RocketMortgage.com**

## Loan Information

| | |
|---|---|
| Loan Number: | 3436069258 |
| Due Date: | 08/01/2024 |
| Amount Due: | 8 3 8 1 3 0 |
| Additional Principal: | |
| Additional Escrow: | |
| Total Amount Enclosed: | |

Rocket Mortgage, LLC
P.O. Box 6577
Carol Stream, IL 60197-6577

CP153

0000000001000065770000000000343606925850000021042600002054230

# ROCKET Mortgage

**Billing Statement**

1050 Woodward Avenue | Detroit, MI 48226

## Additional Messages

## Loan Activity From 06/16/2024 To 07/16/2024[§]

| Date | Description | Charges | Escrow | Unapplied | Payments |
|------|-------------|---------|--------|-----------|----------|
| 06/17/24 | Late Fee Assessed | $50.03 | | | |
| 06/20/24 | Property Inspection Costs | $30.00 | | | |
| 07/05/24 | Mortgage Insurance Paid | | −$176.45 | | |
| 07/16/24 | Late Fee Assessed | $50.03 | | | |

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

In addition to the fees described, there may be fees for certain services requested by you and related to the servicing of your loan. To view a list of services and the associated fees, please go to your RocketMortgage.com account under the Documents tab. All fees are subject to change without prior notice.

You can access a list of the approved HUD homeownership counselors and counseling organizations at www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling (800) 569-4287.

*This is not your payoff amount. Please contact us at (800) 508-0944 to request a payoff.
†This is a non-interest bearing balance owed to the Secretary of Housing and Urban Development (HUD). This is the original balance of the note and may not reflect the most recent balance.
‡Partial Payments: Partial payments are not applied to your full monthly amount until the total amount is received.
§Additional loan activity can be found in the Transactional History tab at RocketMortgage.com.
If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney.
If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244-2359, Fax: (877) 382-3138.

| | |
|---|---|
| **Phone:** (800) 508-0944 | **Hours:** Monday - Friday: 8:30 a.m. - 9:00 p.m. ET |
| **Email:** ServicingHelp@RocketMortgage.com | Saturday: 9:00 a.m. - 4:00 p.m. ET |
| **Secure Fax:** (877) 380-5084 | |

Page 2
CP153

✂ — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — ✂

**NEW CONTACT INFORMATION**

Name: _____

Preferred Phone Number:   ☐ Cell   ☐ Home   ☐ Work _____

Street Address: _____

City: _____   State: _____   ZIP: _____

Email 1: _____   Email 2: _____

Signature: _____
A signature is required to make address changes.

CP153

# ROCKET Mortgage

**Supplemental Delinquency Notice**

1050 Woodward Avenue | Detroit, MI 48226

1-810-51477-0047031-001-000-000-000-000

AMERRISQUE M TABLADA
63 W SHANNOCK RD
RICHMOND RI 02875-1009

## Loan Information

**Loan Number: 3436069258**

**Property Address: 63 W Shannock Rd**
**Richmond, RI 02875**

**Notice Date: 07/16/2024**

Hi, Amerrisque M Tablada.

Your payment is past due!

As of your statement date, 07/16/2024, you are 76 days late on your mortgage payments.

To bring the loan current, the amount of $8,381.30 must be paid.

If you do not pay this amount, you may incur additional costs and face foreclosure.

If you are experiencing financial difficulty and need help, you can receive free housing counseling services through the U.S. Department of Housing and Urban Development (HUD). HUD-approved housing counselors are there to help homeowners, like you, who are having trouble making their mortgage payments. To find a list of counselors and counseling organizations in your area, visit HUD.gov or call (800) 569-4287.

### Your Recent Account History

| Payment Due Date | Payment Status | Date Payment Was Made | Amount Due |
|---|---|---|---|
| March 1, 2024 | Paid | May 24, 2024 | $0.00 |
| April 1, 2024 | Paid | May 24, 2024 | $0.00 |
| May 1, 2024 | Not Paid | | $2,054.23 |
| June 1, 2024 | Not Paid | | $2,054.23 |
| July 1, 2024 | Not Paid | | $2,054.23 |
| August 1, 2024 | Currently Due | | $2,054.23 |
| | | Total Amount Due | $8,381.30 |

If you have further questions, please do not hesitate to contact us at (800) 508-0944,
Monday – Friday, 8:30 a.m. – 9:00 p.m. ET, and Saturday, 9:00 a.m. – 4:00 p.m. ET.

Sincerely,
Your Rocket Mortgage® Team

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney. If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244-2359, or fax it to (877) 382-3138.

**Phone:** (800) 508-0944
**Email:** ServicingHelp@RocketMortgage.com
**Secure Fax:** (877) 380-5084

**Hours: Monday - Friday:** 8:30 a.m. - 9:00 p.m. ET
**Saturday:** 9:00 a.m. - 4:00 p.m. ET

# ROCKET Mortgage

**Billing Statement**

1050 Woodward Avenue | Detroit, MI 48226

4-810-53160-0045800-001-000-000-000-000

AMERRISQUE M TABLADA
63 W SHANNOCK RD
RICHMOND RI 02875-1009

## Loan Information

**Loan Number:** 3436069258
**Property Address:** 63 W Shannock Rd
Richmond, RI 02875
**Statement Date:** 08/16/2024
**Amount Due:** $10,465.53
**Due Date:** 09/01/2024

If payment is received after 11:30 p.m. ET 09/16/2024, a $50.03 late fee will be charged.

## Important Messages

**Never think about your payment again.** With autopay, you set it up once and forget it! Choose a day to have your payment withdrawn, and we'll do the rest. Sign in to your account at RocketMortgage.com to get started!
**Contact information for insurance questions:** If you have questions about your escrowed insurance policy, please call us at (855) 282-8722 or fax us at (855) 703-9194.

### Loan Information (07/17/2024 - 08/16/2024)

| | |
|---|---|
| Original Loan Amount: | $278,891.00 |
| Interest Rate: | 3.490% |
| Principal Balance:* | $254,002.04 |
| Escrow Balance: | $671.10 |
| HUD Promissory Note:† | $54,743.90 |

### Payment History (07/17/2024 - 08/16/2024)

**Last Paid**

| | |
|---|---|
| Principal: | $0.00 |
| Interest: | $0.00 |
| Escrow (Tax & Insurance): | $0.00 |
| Advances On Your Behalf: | $0.00 |
| Fees: | $0.00 |
| Partial Payment (Unapplied): | $0.00 |
| **Total Paid:** | **$0.00** |

**Paid Year To Date**

| | |
|---|---|
| Principal: | $1,527.31 |
| Interest: | $2,225.06 |
| Escrow: | $2,438.60 |
| Advances On Your Behalf: | $225.45 |
| Fees: | $0.00 |
| Partial Payment (Unapplied): | $308.58 |
| **Total Paid Year To Date:** | **$6,725.00** |

| Escrow Disbursements On Your Behalf: | |
|---|---|
| Taxes Paid: | $2,712.88 |
| Insurance Paid: | $0.00 |
| Mortgage Insurance (PMI/MIP) Paid: | $1,411.60 |
| **Total Escrow Disbursements:** | **$4,124.48** |

### Next Payment Breakdown

| | |
|---|---|
| Principal: | $518.05 |
| Interest: | $732.74 |
| Escrow | |
| Taxes: | $452.15 |
| Insurance: | $170.17 |
| Mortgage Insurance (PMI/MIP): | $176.45 |
| Shortage: | $4.67 |
| **Monthly Payment:** | **$2,054.23** |
| Advances On Your Behalf: | $177.78 |
| Fees | |
| Late Fees: | $300.18 |
| Other Fees: | $25.00 |
| Partial Payment (Unapplied):† | $308.58 |
| Past Due Amount: | $8,216.92 |
| **Subtotal** | **$8,411.30** |

| **Amount Due:** | **$10,465.53** |
|---|---|

### Quick And Easy Payment Options

Online at RocketMortgage.com

On the go with Rocket Mortgage® mobile app

Pay by phone system with 24/7 access by calling (800) 646-2133

Send check payable to Rocket Mortgage, LLC, P.O. Box 6577, Carol Stream, IL 60197-6577

---

**Phone:** (800) 508-0944
**Email:** ServicingHelp@RocketMortgage.com
**Secure Fax:** (877) 380-5084

**Hours:** Monday – Friday: 8:30 a.m. - 9:00 p.m. ET
Saturday: 9:00 a.m. - 4:00 p.m. ET

DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

AMERRISQUE M TABLADA
63 W SHANNOCK RD
RICHMOND RI 02875-1009

# ROCKET Mortgage

☐ Check box for address changes on reverse side.
**Set up Autopay online at RocketMortgage.com**

## Loan Information

| | |
|---|---|
| Loan Number: | 3436069258 |
| Due Date: | 09/01/2024 |
| Amount Due: | 1 0 4 6 5 5 3 |
| Additional Principal: | |
| Additional Escrow: | |
| Total Amount Enclosed: | |

Rocket Mortgage, LLC
P.O. Box 6577
Carol Stream, IL 60197-6577

CP153

0000000000100006577000000000343606925850000210426000002054230

# ROCKET Mortgage

**Billing Statement**

1050 Woodward Avenue | Detroit, MI 48226

## Additional Messages

## Loan Activity From 07/17/2024 To 08/16/2024[§]

| Date | Description | Charges | Escrow | Unapplied | Payments |
|------|-------------|---------|--------|-----------|----------|
| 07/30/24 | Property Inspection Costs | $30.00 | | | |
| 08/03/24 | Mortgage Insurance Paid | | -$176.45 | | |

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

In addition to the fees described, there may be fees for certain services requested by you and related to the servicing of your loan. To view a list of services and the associated fees, please go to your RocketMortgage.com account under the Documents tab. All fees are subject to change without prior notice.

You can access a list of the approved HUD homeownership counselors and counseling organizations at www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling (800) 569-4287.

---

*This is not your payoff amount. Please contact us at (800) 508-0944 to request a payoff.
[†]This is a non-interest bearing balance owed to the Secretary of Housing and Urban Development (HUD). This is the original balance of the note and may not reflect the most recent balance.
[‡]Partial Payments: Partial payments are not applied to your full monthly amount until the total amount is received.
[§]Additional loan activity can be found in the Transactional History tab at RocketMortgage.com.
If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney.
If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244-2359, Fax: (877) 382-3138.

| | |
|---|---|
| **Phone:** (800) 508-0944 | **Hours:** Monday - Friday: 8:30 a.m. - 9:00 p.m. ET |
| **Email:** ServicingHelp@RocketMortgage.com | Saturday: 9:00 a.m. - 4:00 p.m. ET |
| **Secure Fax:** (877) 380-5084 | |

Page 2
CP153

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ✂

## NEW CONTACT INFORMATION

Name: _____

Preferred Phone Number:   ☐ Cell   ☐ Home   ☐ Work _____

Street Address: _____

City: _____   State: _____   ZIP: _____

Email 1: _____   Email 2: _____

Signature: _____

A signature is required to make address changes.

CP153

# ROCKET Mortgage

1050 Woodward Avenue | Detroit, MI 48226

## Supplemental Delinquency Notice

4-810-53160-0045800-001-000-000-000-000

AMERRISQUE M TABLADA
63 W SHANNOCK RD
RICHMOND RI 02875-1009

### Loan Information

**Loan Number:** 3436069258

**Property Address:** 63 W Shannock Rd
Richmond, RI 02875

**Notice Date:** 08/16/2024

Hi, Amerrisque M Tablada.

Your payment is past due!

As of your statement date, 08/16/2024, you are 107 days late on your mortgage payments.

To bring the loan current, the amount of $10,465.53 must be paid.

If you do not pay this amount, you may incur additional costs and face foreclosure.

If you are experiencing financial difficulty and need help, you can receive free housing counseling services through the U.S. Department of Housing and Urban Development (HUD). HUD-approved housing counselors are there to help homeowners, like you, who are having trouble making their mortgage payments. To find a list of counselors and counseling organizations in your area, visit HUD.gov or call (800) 569-4287.

### Your Recent Account History

| Payment Due Date | Payment Status | Date Payment Was Made | Amount Due |
|---|---|---|---|
| April 1, 2024 | Paid | May 24, 2024 | $0.00 |
| May 1, 2024 | Not Paid | | $2,054.23 |
| June 1, 2024 | Not Paid | | $2,054.23 |
| July 1, 2024 | Not Paid | | $2,054.23 |
| August 1, 2024 | Not Paid | | $2,054.23 |
| September 1, 2024 | Currently Due | | $2,054.23 |
| | | Total Amount Due | $10,465.53 |

If you have further questions, please do not hesitate to contact us at (800) 508-0944,
Monday – Friday, 8:30 a.m. – 9:00 p.m. ET, and Saturday, 9:00 a.m. – 4:00 p.m. ET.

Sincerely,
Your Rocket Mortgage® Team

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney. if you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244-2359, or fax it to (877) 382-3138.

| | | |
|---|---|---|
| **Phone:** (800) 508-0944 | **Hours: Monday - Friday:** 8:30 a.m. - 9:00 p.m. ET | |
| **Email:** ServicingHelp@RocketMortgage.com | **Saturday:** 9:00 a.m. - 4:00 p.m. ET | Page 3 |
| **Secure Fax:** (877) 380-5084 | | CP153 |

# ROCKET Mortgage

**Billing Statement**

1050 Woodward Avenue | Detroit, MI 48226

4-810-54610-0044719-001-000-000-000-000

AMERRISQUE M TABLADA
63 W SHANNOCK RD
RICHMOND RI 02875-1009

## Loan Information

**Loan Number: 3436069258**
**Property Address: 63 W Shannock Rd**
**Richmond, RI 02875**
**Statement Date: 09/16/2024**
**Amount Due: $12,549.76**
**Due Date: 10/01/2024**

If payment is received after 11:30 p.m. ET 10/16/2024, a $50.03 late fee will be charged.

## Important Messages

**Never think about your payment again.** With autopay, you set it up once and forget it! Choose a day to have your payment withdrawn, and we'll do the rest. Sign in to your account at RocketMortgage.com to get started!
**Contact information for insurance questions:** If you have questions about your escrowed insurance policy, please call us at (855) 282-8722 or fax us at (855) 703-9194.

### Loan Information (08/17/2024 – 09/16/2024)

| | |
|---|---|
| Original Loan Amount: | $278,891.00 |
| Interest Rate: | 3.490% |
| Principal Balance:* | $254,002.04 |
| Escrow Balance:** | -$853.53 |
| HUD Promissory Note:† | $54,743.90 |

### Payment History (08/17/2024 – 09/16/2024)

**Last Paid**

| | |
|---|---|
| Principal: | $0.00 |
| Interest: | $0.00 |
| Escrow (Tax & Insurance): | $0.00 |
| Advances On Your Behalf: | $0.00 |
| Fees: | $0.00 |
| Partial Payment (Unapplied): | $0.00 |
| **Total Paid:** | **$0.00** |

**Paid Year To Date**

| | |
|---|---|
| Principal: | $1,527.31 |
| Interest: | $2,225.06 |
| Escrow: | $2,438.60 |
| Advances On Your Behalf: | $225.45 |
| Fees: | $0.00 |
| Partial Payment (Unapplied): | $308.58 |
| **Total Paid Year To Date:** | **$6,725.00** |

| Escrow Disbursements On Your Behalf: | |
|---|---|
| Taxes Paid: | $4,061.06 |
| Insurance Paid: | $0.00 |
| Mortgage Insurance (PMI/MIP) Paid: | $1,588.05 |
| **Total Escrow Disbursements:** | **$5,649.11** |

### Next Payment Breakdown

| | |
|---|---|
| Principal: | $519.56 |
| Interest: | $731.23 |
| Escrow | |
| Taxes: | $452.15 |
| Insurance: | $170.17 |
| Mortgage Insurance (PMI/MIP): | $176.45 |
| Shortage: | $4.67 |
| **Monthly Payment:** | **$2,054.23** |
| Advances On Your Behalf: | $207.78 |
| Fees | |
| Late Fees: | $300.18 |
| Other Fees: | $25.00 |
| Partial Payment (Unapplied):† | $308.58 |
| Past Due Amount: | $10,271.15 |
| **Subtotal** | **$10,495.53** |

| **Amount Due:** | **$12,549.76** |
|---|---|

### Quick And Easy Payment Options

Online at RocketMortgage.com

On the go with Rocket Mortgage® mobile app

Pay by phone system with 24/7 access by calling (800) 646-2133

Send check payable to Rocket Mortgage, LLC, P.O. Box 6577, Carol Stream, IL 60197-6577

---

**Phone:** (800) 508-0944
**Email:** ServicingHelp@RocketMortgage.com
**Secure Fax:** (877) 380-5084

**Hours:** Monday - Friday: 8:30 a.m. - 9:00 p.m. ET
Saturday: 9:00 a.m. - 4:00 p.m. ET

Page 1
CP153

- - - - - - - - - - - - - - - - - - - - - - DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT - - - - - - - - - - - - - - - -

AMERRISQUE M TABLADA
63 W SHANNOCK RD
RICHMOND RI 02875-1009

# ROCKET Mortgage

☐ Check box for address changes on reverse side.
**Set up Autopay online at RocketMortgage.com**

## Loan Information

| | |
|---|---|
| Loan Number: | 3436069258 |
| Due Date: | 10/01/2024 |
| Amount Due: | 1 2 5 4 9 7 6 |
| Additional Principal: | |
| Additional Escrow: | |
| Total Amount Enclosed: | |

Rocket Mortgage, LLC
P.O. Box 6577
Carol Stream, IL 60197-6577

CP153

000000000010000657700000000003436069258500002104260002054230

# ROCKET Mortgage

**Billing Statement**

1050 Woodward Avenue | Detroit, MI 48226

## Additional Messages

## Loan Activity From 08/17/2024 To 09/16/2024§

| Date | Description | Charges | Escrow | Unapplied | Payments |
|------|-------------|---------|--------|-----------|----------|
| 08/22/24 | Taxes Paid | | -$1,348.18 | | |
| 08/29/24 | Property Inspection Costs | $30.00 | | | |
| 09/05/24 | Mortgage Insurance Paid | | -$176.45 | | |

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

In addition to the fees described, there may be fees for certain services requested by you and related to the servicing of your loan. To view a list of services and the associated fees, please go to your RocketMortgage.com account under the Documents tab. All fees are subject to change without prior notice.

You can access a list of the approved HUD homeownership counselors and counseling organizations at www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling (800) 569-4287.

*This is not your payoff amount. Please contact us at (800) 508-0944 to request a payoff.
**A negative balance is the result of a payment Rocket Mortgage has made on your behalf to cover any outstanding charges or fees.
†This is a non-interest bearing balance owed to the Secretary of Housing and Urban Development (HUD). This is the original balance of the note and may not reflect the most recent balance.
‡Partial Payments: Partial payments are not applied to your full monthly amount until the total amount is received.
§Additional loan activity can be found in the Transactional History tab at RocketMortgage.com.
If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney.
If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244-2359, Fax: (877) 382-3138.

**Phone:** (800) 508-0944
**Email:** ServicingHelp@RocketMortgage.com
**Secure Fax:** (877) 380-5084

**Hours:** Monday - Friday: 8:30 a.m. - 9:00 p.m. ET
Saturday: 9:00 a.m. - 4:00 p.m. ET

Page 2
CP153

✂ — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — ✂

NEW CONTACT INFORMATION

Name: _____

Preferred Phone Number:   ☐ Cell   ☐ Home   ☐ Work _____

Street Address: _____

City: _____   State: _____   ZIP: _____

Email 1: _____   Email 2: _____

Signature: _____

A signature is required to make address changes.

CP153

# ROCKET Mortgage

1050 Woodward Avenue | Detroit, MI 48226

## Supplemental Delinquency Notice

4-810-54610-0044719-001-000-000-000-000

AMERRISQUE M TABLADA
63 W SHANNOCK RD
RICHMOND RI 02875-1009

### Loan Information

**Loan Number: 3436069258**
**Property Address: 63 W Shannock Rd**
**Richmond, RI 02875**
**Notice Date: 09/16/2024**

Hi, Amerrisque M Tablada.

Your payment is past due!

As of your statement date, 09/16/2024, you are 138 days late on your mortgage payments.

To bring the loan current, the amount of $12,549.76 must be paid.

If you do not pay this amount, you may incur additional costs and face foreclosure.

If you are experiencing financial difficulty and need help, you can receive free housing counseling services through the U.S. Department of Housing and Urban Development (HUD). HUD-approved housing counselors are there to help homeowners, like you, who are having trouble making their mortgage payments. To find a list of counselors and counseling organizations in your area, visit HUD.gov or call (800) 569-4287.

### Your Recent Account History

| Payment Due Date | Payment Status | Date Payment Was Made | Amount Due |
|---|---|---|---|
| May 1, 2024 | Not Paid | | $2,054.23 |
| June 1, 2024 | Not Paid | | $2,054.23 |
| July 1, 2024 | Not Paid | | $2,054.23 |
| August 1, 2024 | Not Paid | | $2,054.23 |
| September 1, 2024 | Not Paid | | $2,054.23 |
| October 1, 2024 | Currently Due | | $2,054.23 |
| | | Total Amount Due | $12,549.76 |

If you have further questions, please do not hesitate to contact us at (800) 508-0944,
Monday – Friday, 8:30 a.m. – 9:00 p.m. ET, and Saturday, 9:00 a.m. – 4:00 p.m. ET.

Sincerely,
Your Rocket Mortgage® Team

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney. If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244-2359, or fax it to (877) 382-3138.

**Phone:** (800) 508-0944
**Email:** ServicingHelp@RocketMortgage.com
**Secure Fax:** (877) 380-5084

**Hours: Monday - Friday:** 8:30 a.m. - 9:00 p.m. ET
**Saturday:** 9:00 a.m. - 4:00 p.m. ET

# ROCKET Mortgage

**Billing Statement**

1050 Woodward Avenue | Detroit, MI 48226

1-810-56241-0043568-001-000-000-000-001

AMERRISQUE M TABLADA
63 W SHANNOCK RD
RICHMOND RI 02875-1009

## Loan Information

**Loan Number:** 3436069258
**Property Address:** 63 W Shannock Rd
Richmond, RI 02875
**Statement Date:** 10/16/2024
**Amount Due:** $14,633.99
**Due Date:** 11/01/2024

If payment is received after 11:30 p.m. ET 11/16/2024,
a $50.03 late fee will be charged.

## Important Messages

**Never think about your payment again.** With autopay, you set it up once and forget it! Choose a day to have your payment withdrawn, and we'll do the rest. Sign in to your account at RocketMortgage.com to get started!

**Contact information for insurance questions:** If you have questions about your escrowed insurance policy, please call us at (855) 282-8722 or fax us at (855) 703-9194.

### Loan Information (09/17/2024 - 10/16/2024)

| | |
|---|---|
| Original Loan Amount: | $278,891.00 |
| Interest Rate: | 3.490% |
| Principal Balance:* | $254,002.04 |
| Escrow Balance:** | -$1,029.98 |
| HUD Promissory Note:† | $54,743.90 |

### Payment History (09/17/2024 - 10/16/2024)

**Last Paid**

| | |
|---|---|
| Principal: | $0.00 |
| Interest: | $0.00 |
| Escrow (Tax & Insurance): | $0.00 |
| Advances On Your Behalf: | $0.00 |
| Fees: | $0.00 |
| Partial Payment (Unapplied): | $0.00 |
| **Total Paid:** | **$0.00** |

**Paid Year To Date**

| | |
|---|---|
| Principal: | $1,527.31 |
| Interest: | $2,225.06 |
| Escrow: | $2,438.60 |
| Advances On Your Behalf: | $225.45 |
| Fees: | $0.00 |
| Partial Payment (Unapplied): | $308.58 |
| **Total Paid Year To Date:** | **$6,725.00** |

| Escrow Disbursements On Your Behalf: | |
|---|---|
| Taxes Paid: | $4,061.06 |
| Insurance Paid: | $0.00 |
| Mortgage Insurance (PMI/MIP) Paid: | $1,764.50 |
| **Total Escrow Disbursements:** | **$5,825.56** |

### Next Payment Breakdown

| | |
|---|---|
| Principal: | $521.07 |
| Interest: | $729.72 |
| Escrow | |
| Taxes: | $452.15 |
| Insurance: | $170.17 |
| Mortgage Insurance (PMI/MIP): | $176.45 |
| Shortage: | $4.67 |
| **Monthly Payment:** | **$2,054.23** |
| Advances On Your Behalf: | $237.78 |
| Fees | |
| Late Fees: | $300.18 |
| Other Fees: | $25.00 |
| Partial Payment (Unapplied):‡ | $308.58 |
| Past Due Amount: | $12,325.38 |
| **Subtotal** | **$12,579.76** |

| **Amount Due:** | **$14,633.99** |
|---|---|

### Quick And Easy Payment Options

⌨ Online at RocketMortgage.com

📱 On the go with Rocket Mortgage® mobile app

🕐 Pay by phone system with 24/7 access by calling (800) 646-2133

✉ Send check payable to Rocket Mortgage, LLC, P.O. Box 6577, Carol Stream, IL 60197-6577

---

**Phone:** (800) 508-0944
**Email:** ServicingHelp@RocketMortgage.com
**Secure Fax:** (877) 380-5084

**Hours:** Monday - Friday: 8:30 a.m. - 9:00 p.m. ET
Saturday: 9:00 a.m. - 4:00 p.m. ET

Page 1
CP153

AMERRISQUE M TABLADA
63 W SHANNOCK RD
RICHMOND RI 02875-1009

# ROCKET Mortgage

☐ Check box for address changes on reverse side.
**Set up Autopay online at RocketMortgage.com**

## Loan Information

| | |
|---|---|
| Loan Number: | 3436069258 |
| Due Date: | 11/01/2024 |
| Amount Due: | 1 4 6 3 3 9 9 |
| Additional Principal: | |
| Additional Escrow: | |
| **Total Amount Enclosed:** | |

Rocket Mortgage, LLC
P.O. Box 6577
Carol Stream, IL 60197-6577

CP153

000000000100006577000000000343606925850000210426000020542 30

# ROCKET Mortgage

**Billing Statement**

1050 Woodward Avenue | Detroit, MI 48226

---

### Additional Messages

---

### Loan Activity From 09/17/2024 To 10/16/2024§

| Date | Description | Charges | Escrow | Unapplied | Payments |
|------|-------------|---------|--------|-----------|----------|
| 10/02/24 | Property Inspection Costs | $30.00 | | | |
| 10/04/24 | Mortgage Insurance Paid | | –$176.45 | | |

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

In addition to the fees described, there may be fees for certain services requested by you and related to the servicing of your loan. To view a list of services and the associated fees, please go to your RocketMortgage.com account under the Documents tab. All fees are subject to change without prior notice.

You can access a list of the approved HUD homeownership counselors and counseling organizations at www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling (800) 569-4287.

*This is not your payoff amount. Please contact us at (800) 508-0944 to request a payoff.
**A negative balance is the result of a payment Rocket Mortgage has made on your behalf to cover any outstanding charges or fees.
†This is a non-interest bearing balance owed to the Secretary of Housing and Urban Development (HUD). This is the original balance of the note and may not reflect the most recent balance.
‡Partial Payments: Partial payments are not applied to your full monthly amount until the total amount is received.
§Additional loan activity can be found in the Transactional History tab at RocketMortgage.com.
If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney.
If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to
Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244–2359, Fax: (877) 382-3138.

| | |
|---|---|
| **Phone:** (800) 508-0944 | **Hours:** Monday - Friday: 8:30 a.m. - 9:00 p.m. ET |
| **Email:** ServicingHelp@RocketMortgage.com | Saturday: 9:00 a.m. - 4:00 p.m. ET |
| **Secure Fax:** (877) 380-5084 | |

Page 2
CP153

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ✂

**NEW CONTACT INFORMATION**

Name: _____

Preferred Phone Number:  ☐ Cell  ☐ Home  ☐ Work _____

Street Address: _____

City: _____ State: _____ ZIP: _____

Email 1: _____ Email 2: _____

Signature: _____
A signature is required to make address changes.

CP153

# ROCKET Mortgage

1050 Woodward Avenue | Detroit, MI 48226

## Supplemental Delinquency Notice

1-810-56241-0043568-001-000-000-000-000

AMERRISQUE M TABLADA
63 W SHANNOCK RD
RICHMOND RI 02875-1009

### Loan Information

**Loan Number:** 3436069258

**Property Address:** 63 W Shannock Rd
Richmond, RI 02875

**Notice Date:** 10/16/2024

Hi, Amerrisque M Tablada.

Your payment is past due!

As of your statement date, 10/16/2024, you are 168 days late on your mortgage payments.

To bring the loan current, the amount of $14,633.99 must be paid.

If you do not pay this amount, you may incur additional costs and face foreclosure.

If you are experiencing financial difficulty and need help, you can receive free housing counseling services through the U.S. Department of Housing and Urban Development (HUD). HUD-approved housing counselors are there to help homeowners, like you, who are having trouble making their mortgage payments. To find a list of counselors and counseling organizations in your area, visit HUD.gov or call (800) 569-4287.

### Your Recent Account History

| Payment Due Date | Payment Status | Date Payment Was Made | Amount Due |
|---|---|---|---|
| June 1, 2024 | Not Paid | | $2,054.23 |
| July 1, 2024 | Not Paid | | $2,054.23 |
| August 1, 2024 | Not Paid | | $2,054.23 |
| September 1, 2024 | Not Paid | | $2,054.23 |
| October 1, 2024 | Not Paid | | $2,054.23 |
| November 1, 2024 | Currently Due | | $2,054.23 |
| | | Total Amount Due | $14,633.99 |

If you have further questions, please do not hesitate to contact us at (800) 508-0944, Monday – Friday, 8:30 a.m. – 9:00 p.m. ET, and Saturday, 9:00 a.m. – 4:00 p.m. ET.

Sincerely,
Your Rocket Mortgage® Team

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney. If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244-2359, or fax it to (877) 382-3138.

**Phone:** (800) 508-0944
**Email:** ServicingHelp@RocketMortgage.com
**Secure Fax:** (877) 380-5084

**Hours: Monday – Friday:** 8:30 a.m. – 9:00 p.m. ET
**Saturday:** 9:00 a.m. – 4:00 p.m. ET

Page 3
CP153

# ROCKET Mortgage

**Billing Statement**

1050 Woodward Avenue | Detroit, MI 48226

1-810-57994-0042349-001-000-000-000-000

AMERRISQUE M TABLADA
63 W SHANNOCK RD
RICHMOND RI 02875-1009

## Loan Information

**Loan Number:** 3436069258
**Property Address:** 63 W Shannock Rd
Richmond, RI 02875
**Statement Date:** 11/16/2024
**Amount Due:** $16,718.22
**Due Date:** 12/01/2024

If payment is received after 11:30 p.m. ET 12/16/2024,
a $50.00 late fee will be charged.

## Important Messages

**Never think about your payment again.** With autopay, you set it up once and forget it! Choose a day to have your payment withdrawn, and we'll do the rest. Sign in to your account at RocketMortgage.com to get started!

**Contact information for insurance questions:** If you have questions about your escrowed insurance policy, please call us at (855) 282-8722 or fax us at (855) 703-9194.

### Loan Information (10/17/2024 – 11/16/2024)

| | |
|---|---|
| Original Loan Amount: | $278,891.00 |
| Interest Rate: | 3.490% |
| Principal Balance:* | $254,002.04 |
| Escrow Balance:** | -$4,756.60 |
| HUD Promissory Note:† | $54,743.90 |

### Payment History (10/17/2024 – 11/16/2024)

**Last Paid**

| | |
|---|---|
| Principal: | $0.00 |
| Interest: | $0.00 |
| Escrow (Tax & Insurance): | $0.00 |
| Advances On Your Behalf: | $0.00 |
| Fees: | $0.00 |
| Partial Payment (Unapplied): | $0.00 |
| **Total Paid:** | **$0.00** |

**Paid Year To Date**

| | |
|---|---|
| Principal: | $1,527.31 |
| Interest: | $2,225.06 |
| Escrow: | $2,438.60 |
| Advances On Your Behalf: | $225.45 |
| Fees: | $0.00 |
| Partial Payment (Unapplied): | $308.58 |
| **Total Paid Year To Date:** | **$6,725.00** |

| Escrow Disbursements On Your Behalf: | |
|---|---|
| Taxes Paid: | $5,409.23 |
| Insurance Paid: | $2,202.00 |
| Mortgage Insurance (PMI/MIP) Paid: | $1,940.95 |
| **Total Escrow Disbursements:** | **$9,552.18** |

### Next Payment Breakdown

| | |
|---|---|
| Principal: | $522.58 |
| Interest: | $728.21 |
| Escrow | |
| Taxes: | $452.15 |
| Insurance: | $170.17 |
| Mortgage Insurance (PMI/MIP): | $176.45 |
| Shortage: | $4.67 |
| **Monthly Payment:** | **$2,054.23** |
| Advances On Your Behalf: | $267.78 |
| Fees | |
| Late Fees: | $300.18 |
| Other Fees: | $25.00 |
| Partial Payment (Unapplied):‡ | $308.58 |
| Past Due Amount: | $14,379.61 |
| **Subtotal** | **$14,663.99** |

| **Amount Due:** | **$16,718.22** |
|---|---|

### Quick And Easy Payment Options

- Online at RocketMortgage.com
- On the go with Rocket Mortgage® mobile app
- Pay by phone system with 24/7 access by calling (800) 646-2133
- Send check payable to Rocket Mortgage, LLC, P.O. Box 6577, Carol Stream, IL 60197-6577

---

**Phone:** (800) 508-0944
**Email:** ServicingHelp@RocketMortgage.com
**Secure Fax:** (877) 380-5084

**Hours:** Monday - Friday: 8:30 a.m. - 9:00 p.m. ET
Saturday: 9:00 a.m. - 4:00 p.m. ET

Page 1
CP153

- - - - - - - - - - - DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT - - - - - - - - - - -

AMERRISQUE M TABLADA
63 W SHANNOCK RD
RICHMOND RI 02875-1009

# ROCKET Mortgage

☐ Check box for address changes on reverse side.
**Set up Autopay online at RocketMortgage.com**

### Loan Information

| | |
|---|---|
| Loan Number: | 3436069258 |
| Due Date: | 12/01/2024 |
| Amount Due: | 1 6 7 1 8 2 2 |
| Additional Principal: | |
| Additional Escrow: | |
| Total Amount Enclosed: | |

Rocket Mortgage, LLC
P.O. Box 6577
Carol Stream, IL 60197-6577

CP153

000000000100006577000000000034360692585000021042600002054230

# ROCKET Mortgage

**Billing Statement**

1050 Woodward Avenue | Detroit, MI 48226

## Additional Messages

**Important foreclosure information:** Paying the amount shown may not stop the foreclosure process if additional charges have been incurred after this statement was created. Call (800) 508-0944 so we can find a solution to help you save your home.

## Loan Activity From 10/17/2024 To 11/16/2024§

| Date | Description | Charges | Escrow | Unapplied | Payments |
|------|-------------|---------|--------|-----------|----------|
| 11/04/24 | Mortgage Insurance Paid | | -$176.45 | | |
| 11/04/24 | Homeowners Insurance Paid | | -$2,202.00 | | |
| 11/05/24 | Property Inspection Costs | $30.00 | | | |
| 11/12/24 | Taxes Paid | | -$1,348.17 | | |

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

In addition to the fees described, there may be fees for certain services requested by you and related to the servicing of your loan. To view a list of services and the associated fees, please go to your RocketMortgage.com account under the Documents tab. All fees are subject to change without prior notice.

You can access a list of the approved HUD homeownership counselors and counseling organizations at www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling (800) 569-4287.

*This is not your payoff amount. Please contact us at (800) 508-0944 to request a payoff.
**A negative balance is the result of a payment Rocket Mortgage has made on your behalf to cover any outstanding charges or fees.
†This is a non-interest bearing balance owed to the Secretary of Housing and Urban Development (HUD). This is the original balance of the note and may not reflect the most recent balance.
‡Partial Payments: Partial payments are not applied to your full monthly amount until the total amount is received.
§Additional loan activity can be found in the Transactional History tab at RocketMortgage.com.
If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney.
If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to
Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244-2359, Fax: (877) 382-3138.

| | |
|---|---|
| **Phone:** (800) 508-0944 | **Hours:** Monday - Friday: 8:30 a.m. - 9:00 p.m. ET |
| **Email:** ServicingHelp@RocketMortgage.com | Saturday: 9:00 a.m. - 4:00 p.m. ET |
| **Secure Fax:** (877) 380-5084 | |

Page 2
CP153

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ✂

**NEW CONTACT INFORMATION**

Name: _____

Preferred Phone Number:  ☐ Cell  ☐ Home  ☐ Work _____

Street Address: _____

City: _____  State: _____  ZIP: _____

Email 1: _____  Email 2: _____

Signature: _____
A signature is required to make address changes.

CP153

# ROCKET Mortgage

1050 Woodward Avenue | Detroit, MI 48226

## Supplemental Delinquency Notice

1-810-57994-0042349-001-000-000-000-000

AMERRISQUE M TABLADA
63 W SHANNOCK RD
RICHMOND RI 02875-1009

### Loan Information

**Loan Number:** **3436069258**

**Property Address:** **63 W Shannock Rd**
**Richmond, RI 02875**

**Notice Date:** **11/16/2024**

Hi, Amerrisque M Tablada.

Your payment is past due!

As of your statement date, 11/16/2024, you are 199 days late on your mortgage payments.

To bring the loan current, the amount of $16,718.22 must be paid.

If you do not pay this amount, you may incur additional costs and face foreclosure.

If you are experiencing financial difficulty and need help, you can receive free housing counseling services through the U.S. Department of Housing and Urban Development (HUD). HUD-approved housing counselors are there to help homeowners, like you, who are having trouble making their mortgage payments. To find a list of counselors and counseling organizations in your area, visit HUD.gov or call (800) 569-4287.

### Your Recent Account History

| Payment Due Date | Payment Status | Date Payment Was Made | Amount Due |
|---|---|---|---|
| July 1, 2024 | Not Paid | | $2,054.23 |
| August 1, 2024 | Not Paid | | $2,054.23 |
| September 1, 2024 | Not Paid | | $2,054.23 |
| October 1, 2024 | Not Paid | | $2,054.23 |
| November 1, 2024 | Not Paid | | $2,054.23 |
| December 1, 2024 | Currently Due | | $2,054.23 |
| | | Total Amount Due | $16,718.22 |

If you have further questions, please do not hesitate to contact us at (800) 508-0944, Monday – Friday, 8:30 a.m. – 9:00 p.m. ET, and Saturday, 9:00 a.m. – 4:00 p.m. ET.

Sincerely,
Your Rocket Mortgage® Team

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney. If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244-2359, or fax it to (877) 382-3138.

**Phone:** (800) 508-0944
**Email:** ServicingHelp@RocketMortgage.com
**Secure Fax:** (877) 380-5084

**Hours: Monday – Friday:** 8:30 a.m. – 9:00 p.m. ET
**Saturday:** 9:00 a.m. – 4:00 p.m. ET

# ROCKET Mortgage

**Billing Statement**

1050 Woodward Avenue | Detroit, MI 48226

4-810-59571-0041276-001-000-000-000-000

AMERRISQUE M TABLADA
63 W SHANNOCK RD
RICHMOND RI 02875-1009

## Loan Information

| | |
|---|---|
| **Loan Number:** | **3436069258** |
| **Property Address:** | **63 W Shannock Rd** |
| | **Richmond, RI 02875** |
| **Statement Date:** | **12/16/2024** |
| **Amount Due:** | **$18,802.45** |
| **Due Date:** | **01/01/2025** |

If payment is received after 11:30 p.m. ET 01/16/2025,
a $50.03 late fee will be charged.

## Important Messages

**Never think about your payment again.** With autopay, you set it up once and forget it! Choose a day to have your payment withdrawn, and we'll do the rest. Sign in to your account at RocketMortgage.com to get started!

**Contact information for insurance questions:** If you have questions about your escrowed insurance policy, please call us at (855) 282-8722 or fax us at (855) 703-9194.

## Loan Information (11/17/2024 – 12/16/2024)

| | |
|---|---|
| Original Loan Amount: | $278,891.00 |
| Interest Rate: | 3.490% |
| Principal Balance:* | $254,002.04 |
| Escrow Balance:** | -$4,933.05 |
| HUD Promissory Note:† | $54,743.90 |

## Payment History (11/17/2024 – 12/16/2024)

**Last Paid**

| | |
|---|---|
| Principal: | $0.00 |
| Interest: | $0.00 |
| Escrow (Tax & insurance): | $0.00 |
| Advances On Your Behalf: | $0.00 |
| Fees: | $0.00 |
| Partial Payment (Unapplied): | $0.00 |
| **Total Paid:** | **$0.00** |

**Paid Year To Date**

| | |
|---|---|
| Principal: | $1,527.31 |
| Interest: | $2,225.06 |
| Escrow: | $2,438.60 |
| Advances On Your Behalf: | $225.45 |
| Fees: | $0.00 |
| Partial Payment (Unapplied): | $308.58 |
| **Total Paid Year To Date:** | **$6,725.00** |

Escrow Disbursements On Your Behalf:

| | |
|---|---|
| Taxes Paid: | $5,409.23 |
| Insurance Paid: | $2,202.00 |
| Mortgage Insurance (PMI/MIP) Paid: | $2,117.40 |
| **Total Escrow Disbursements:** | **$9,728.63** |

## Next Payment Breakdown

| | |
|---|---|
| Principal: | $524.10 |
| Interest: | $726.69 |
| Escrow | |
| Taxes: | $452.15 |
| Insurance: | $170.17 |
| Mortgage Insurance (PMI/MIP): | $176.45 |
| Shortage: | $4.67 |
| **Monthly Payment:** | **$2,054.23** |
| Advances On Your Behalf: | $297.78 |
| Fees | |
| Late Fees: | $300.18 |
| Other Fees: | $25.00 |
| Partial Payment (Unapplied):† | $308.58 |
| Past Due Amount: | $16,433.84 |
| **Subtotal** | **$16,748.22** |

| **Amount Due:** | **$18,802.45** |
|---|---|

## Quick And Easy Payment Options

Online at RocketMortgage.com

On the go with Rocket Mortgage® mobile app

Pay by phone system with 24/7 access by calling (800) 646-2133

Send check payable to Rocket Mortgage, LLC, P.O. Box 6577, Carol Stream, IL 60197-6577

---

**Phone:** (800) 508-0944
**Email:** ServicingHelp@RocketMortgage.com
**Secure Fax:** (877) 380-5084

**Hours:** Monday - Friday: 8:30 a.m. - 9:00 p.m. ET
Saturday: 9:00 a.m. - 4:00 p.m. ET

Page 1
CP153

---

DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

AMERRISQUE M TABLADA
63 W SHANNOCK RD
RICHMOND RI 02875-1009

# ROCKET Mortgage

☐ Check box for address changes on reverse side.
**Set up Autopay online at RocketMortgage.com**

## Loan Information

| | |
|---|---|
| Loan Number: | 3436069258 |
| Due Date: | 01/01/2025 |
| Amount Due: | 1 8 8 0 2 4 5 |
| Additional Principal: | |
| Additional Escrow: | |
| Total Amount Enclosed: | |

Rocket Mortgage, LLC
P.O. Box 6577
Carol Stream, IL 60197-6577

CP153

0000000001000065770000000000343606925850000210426000020554230

# ROCKET Mortgage

**Billing Statement**

1050 Woodward Avenue | Detroit, MI 48226

### Additional Messages

**Important foreclosure information:** Paying the amount shown may not stop the foreclosure process if additional charges have been incurred after this statement was created. Call (800) 508-0944 so we can find a solution to help you save your home.

### Loan Activity From 11/17/2024 To 12/16/2024§

| Date | Description | Charges | Escrow | Unapplied | Payments |
|------|-------------|---------|--------|-----------|----------|
| 12/05/24 | Property Inspection Costs | $30.00 | | | |
| 12/05/24 | Mortgage Insurance Paid | | -$176.45 | | |

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

In addition to the fees described, there may be fees for certain services requested by you and related to the servicing of your loan. To view a list of services and the associated fees, please go to your RocketMortgage.com account under the Documents tab. All fees are subject to change without prior notice.

You can access a list of the approved HUD homeownership counselors and counseling organizations at www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling (800) 569-4287.

*This is not your payoff amount. Please contact us at (800) 508-0944 to request a payoff.
**A negative balance is the result of a payment Rocket Mortgage has made on your behalf to cover any outstanding charges or fees.
†This is a non-interest bearing balance owed to the Secretary of Housing and Urban Development (HUD). This is the original balance of the note and may not reflect the most recent balance.
‡Partial Payments: Partial payments are not applied to your full monthly amount until the total amount is received.
§Additional loan activity can be found in the Transactional History tab at RocketMortgage.com.
If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney.
If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to
Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244-2359, Fax: (877) 382-3138.

| | |
|---|---|
| **Phone:** (800) 508-0944 | **Hours:** Monday - Friday: 8:30 a.m. - 9:00 p.m. ET |
| **Email:** ServicingHelp@RocketMortgage.com | Saturday: 9:00 a.m. - 4:00 p.m. ET |
| **Secure Fax:** (877) 380-5084 | |

Page 2
CP153

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ✂

**NEW CONTACT INFORMATION**

Name: _____

Preferred Phone Number:   □ Cell   □ Home   □ Work _____

Street Address: _____

City: _____ State: _____ ZIP: _____

Email 1: _____ Email 2: _____

Signature: _____

A signature is required to make address changes.

CP153

# ROCKET Mortgage

1050 Woodward Avenue | Detroit, MI 48226

## Supplemental Delinquency Notice

4-810-59571-0041276-001-000-000-000-001

AMERRISQUE M TABLADA
63 W SHANNOCK RD
RICHMOND RI 02875-1009

### Loan Information

**Loan Number:** 3436069258

**Property Address:** 63 W Shannock Rd
Richmond, RI 02875

**Notice Date:** 12/16/2024

Hi, Amerrisque M Tablada.

Your payment is past due!

As of your statement date, 12/16/2024, you are 229 days late on your mortgage payments.

To bring the loan current, the amount of $18,802.45 must be paid.

If you do not pay this amount, you may incur additional costs and face foreclosure.

If you are experiencing financial difficulty and need help, you can receive free housing counseling services through the U.S. Department of Housing and Urban Development (HUD). HUD-approved housing counselors are there to help homeowners, like you, who are having trouble making their mortgage payments. To find a list of counselors and counseling organizations in your area, visit HUD.gov or call (800) 569-4287.

### Your Recent Account History

| Payment Due Date | Payment Status | Date Payment Was Made | Amount Due |
|---|---|---|---|
| August 1, 2024 | Not Paid | | $2,054.23 |
| September 1, 2024 | Not Paid | | $2,054.23 |
| October 1, 2024 | Not Paid | | $2,054.23 |
| November 1, 2024 | Not Paid | | $2,054.23 |
| December 1, 2024 | Not Paid | | $2,054.23 |
| January 1, 2025 | Currently Due | | $2,054.23 |
| | | Total Amount Due | $18,802.45 |

Remember, foreclosure has been started. If you bring your loan current, foreclosure will be stopped.

If you have further questions, please do not hesitate to contact us at (800) 508-0944, Monday – Friday, 8:30 a.m. – 9:00 p.m. ET, and Saturday, 9:00 a.m. – 4:00 p.m. ET.

Sincerely,
Your Rocket Mortgage® Team

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney. If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244-2359, or fax it to (877) 382-3138.

**Phone:** (800) 508-0944
**Email:** ServicingHelp@RocketMortgage.com
**Secure Fax:** (877) 380-5084

**Hours:** **Monday - Friday:** 8:30 a.m. – 9:00 p.m. ET
**Saturday:** 9:00 a.m. – 4:00 p.m. ET